**Fill in this information to identify the case:**

Debtor 1: Anthony L Krzeminski

Debtor 2: Carmela Krzeminski
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of Illinois
(State)

Case number: 12-21305

---

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** BMO Harris Bank N.A.

**Last 4 digits** of any number you use to identify the debtor's account: 9 4 8 0

**Court claim no.** (if known): n/a

**Property address:** 481 Blackhawk Dr
Number    Street

Carol Stream    IL    60188
City    State    ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/_____
MM / DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ 3,342.06

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ 0.00

c. **Total**. Add lines a and b.    (c) $ 3,342.06

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    06/01/2017
MM / DD / YYYY

Debtor 1 __Anthony L Krzeminski__
First Name   Middle Name   Last Name

Case number (if known) __12-21305__

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ☒ all payments received;
- ☒ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ☒ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

Check the appropriate box::

☒ I am the creditor.

☐ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x __/s/ Michelle L. McConnell__
Signature

Date __07/06/2017__

Print __Michelle   L   McConnell__
First Name   Middle Name   Last Name

Title __Bankruptcy Specialist__

Company __BMO Harris Bank N.A.__

If different from the notice address listed on the proof of claim to which this response applies:

Address __PO BOX 2035__
Number   Street

__Milwaukee__   __WI__   __53201__
City   State   ZIP Code

Contact phone __(866) 280-8434__

Email __bankruptcy@bmo.com__

Form 4100R   Response to Notice of Final Cure Payment   page 2

Loan Payment/Billing History from Bankruptcy File Date:

| | Account Activity | | | | | | | | | Balance After Amount Received or Incurred | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A. Date | B. Contractual Pymnt amount | C. Funds received | D. Description | E. Contractual due date | F. Prin, int & esc past due balance | G. Amount to Pricipal | H. Amount to Interest | I. Amount to Escrow | J. Amount to Fees | K. Amount to Unapplied Funds | L. Principal balance | M. Fee Balance | N. Escrow balance | O. Unapplied Funds Balance |
| 6/1/2012 | $1,622.47 | | Monthly Bill | 6/1/2012 | $1,622.47 | | | | | | 199,368.08 | - | 2,491.69 | - |
| 6/15/2012 | | | UAF Deposit | 6/1/2012 | 1,622.47 | | | | | 1,630.00 | 199,368.08 | - | 2,491.69 | 1,630.00 |
| 7/1/2012 | $1,622.47 | | Monthly Bill | 6/1/2012 | 3,244.94 | | | | | | 199,368.08 | - | 2,491.69 | 1,630.00 |
| 7/11/2012 | | 1,622.47 | Payment | 7/1/2012 | 1,622.47 | 285.89 | 830.70 | 505.88 | | (1,622.47) | 199,082.19 | - | 2,997.57 | 7.53 |
| 7/13/2012 | | 1,622.47 | Payment | 8/1/2012 | - | 287.08 | 829.51 | 505.88 | | 7.53 | 198,795.11 | - | 3,503.45 | 15.06 |
| 8/1/2012 | $1,622.47 | | Monthly Bill | 8/1/2012 | 1,622.47 | | | | | | 198,795.11 | - | 3,503.45 | 15.06 |
| 8/8/2012 | | | Esc Disb | 8/1/2012 | 1,622.47 | | | (3,111.32) | | | 198,795.11 | - | 392.13 | 15.06 |
| 8/20/2012 | | 1,622.47 | Payment | 9/1/2012 | - | 288.28 | 828.31 | 505.88 | | 7.53 | 198,506.83 | - | 898.01 | 22.59 |
| 9/1/2012 | $1,622.47 | | Monthly Bill | 9/1/2012 | 1,622.47 | | | | | | 198,506.83 | - | 898.01 | 22.59 |
| 9/24/2012 | | 1,622.47 | Payment | 10/1/2012 | - | 289.48 | 827.11 | 505.88 | | 7.53 | 198,217.35 | - | 1,403.89 | 30.12 |
| 9/24/2012 | | | Principal Reduction | 10/1/2012 | - | 7.53 | | | | (7.53) | 198,209.82 | - | 1,403.89 | 22.59 |
| 10/1/2012 | $1,622.47 | | Monthly Bill | 10/1/2012 | 1,622.47 | | | | | | 198,209.82 | - | 1,403.89 | 22.59 |
| 10/19/2012 | | 1,622.47 | Payment | 11/1/2012 | - | 290.72 | 825.87 | 505.88 | | 7.53 | 197,919.10 | - | 1,909.77 | 30.12 |
| 10/19/2012 | | | Principal Reduction | 11/1/2012 | - | 7.53 | | | | (7.53) | 197,911.57 | - | 1,909.77 | 22.59 |
| 11/1/2012 | $1,622.47 | | Monthly Bill | 11/1/2012 | 1,622.47 | | | | | | 197,911.57 | - | 1,909.77 | 22.59 |
| 11/23/2012 | | 1,622.47 | Payment | 12/1/2012 | - | 291.96 | 824.63 | 505.88 | | | 197,619.61 | - | 2,415.65 | 22.59 |
| 11/23/2012 | | | Principal Reduction | 12/1/2012 | - | 7.53 | | | | | 197,612.08 | - | 2,415.65 | 22.59 |
| 12/1/2012 | $1,622.47 | | Monthly Bill | 12/1/2012 | 1,622.47 | | | | | | 197,612.08 | - | 2,415.65 | 22.59 |
| 12/29/2012 | | 1,622.47 | Payment | 1/1/2013 | - | 293.21 | 823.38 | 505.88 | | | 197,318.87 | - | 2,921.53 | 22.59 |
| 12/29/2012 | | | Principal Reduction | 1/1/2013 | - | 7.53 | | | | | 197,311.34 | - | 2,921.53 | 22.59 |
| 1/1/2013 | $1,650.95 | | Monthly Bill | 1/1/2013 | 1,650.95 | | | | | | 197,311.34 | - | 2,921.53 | 22.59 |
| 1/29/2013 | | 1,650.95 | Payment | 2/1/2013 | - | 294.46 | 822.13 | 534.36 | | 0.05 | 197,016.88 | - | 3,455.89 | 22.64 |
| 2/1/2013 | $1,650.95 | | Monthly Bill | 2/1/2013 | 1,650.95 | | | | | | 197,016.88 | - | 3,455.89 | 22.64 |
| 2/28/2013 | | 1,650.95 | Payment | 3/1/2013 | - | 295.69 | 820.90 | 534.36 | | 0.05 | 196,721.19 | - | 3,990.25 | 22.69 |
| 3/1/2013 | $1,650.95 | | Monthly Bill | 3/1/2013 | 1,650.95 | | | | | | 196,721.19 | - | 3,990.25 | 22.69 |
| 3/28/2013 | | 1,650.95 | Payment | 4/1/2013 | - | 296.92 | 819.67 | 534.36 | | | 196,424.27 | - | 4,524.61 | 22.69 |
| 3/28/2013 | | | Principal Reduction | 4/1/2013 | - | 0.05 | | | | | 196,424.22 | - | 4,524.61 | 22.69 |
| 4/1/2013 | $1,650.95 | | Monthly Bill | 4/1/2013 | 1,650.95 | | | | | | 196,424.22 | - | 4,524.61 | 22.69 |
| 4/30/2013 | | 1,650.95 | Payment | 5/1/2013 | - | 298.16 | 818.43 | 534.36 | | (0.95) | 196,126.06 | - | 5,058.97 | 21.74 |
| 5/1/2013 | $1,650.95 | | Monthly Bill | 5/1/2013 | 1,650.95 | | | | | | 196,126.06 | - | 5,058.97 | 21.74 |
| 5/6/2013 | | | Esc Disb | 5/1/2013 | 1,650.95 | | | (3,126.52) | | | 196,126.06 | - | 1,932.45 | 21.74 |
| 6/1/2013 | $1,650.95 | | Monthly Bill | 5/1/2013 | 3,301.90 | | | | | | 196,126.06 | - | 1,932.45 | 21.74 |
| 6/4/2013 | | 1,650.95 | Payment | 6/1/2013 | 1,650.95 | 299.40 | 817.19 | 534.36 | | 0.05 | 195,826.66 | - | 2,466.81 | 21.79 |
| 7/1/2013 | $1,650.95 | | Monthly Bill | 6/1/2013 | 3,301.90 | | | | | | 195,826.66 | - | 2,466.81 | 21.79 |
| 7/3/2013 | | 1,650.95 | Payment | 7/1/2013 | 1,650.95 | 300.65 | 815.94 | 534.36 | | 0.05 | 195,526.01 | - | 3,001.17 | 21.84 |
| 7/31/2013 | | | Esc Disb | 7/1/2013 | 1,650.95 | | | (3,126.52) | | | 195,526.01 | - | (125.35) | 21.84 |
| 8/1/2013 | $1,650.95 | | Monthly Bill | 7/1/2013 | 3,301.90 | | | | | | 195,526.01 | - | (125.35) | 21.84 |
| 8/20/2013 | | 1,650.95 | Payment | 8/1/2013 | 1,650.95 | 301.90 | 814.69 | 534.36 | | | 195,224.11 | - | 409.01 | 21.84 |
| 9/1/2013 | $1,650.95 | | Monthly Bill | 8/1/2013 | 3,301.90 | | | | | | 195,224.11 | - | 409.01 | 21.84 |
| 9/18/2013 | | | Esc Deposit | 8/1/2013 | 3,301.90 | | | 0.05 | | | 195,224.11 | - | 409.06 | 21.84 |
| 9/25/2013 | | 1,650.95 | Payment | 9/1/2013 | 1,650.95 | 303.16 | 813.43 | 534.36 | | 0.05 | 194,920.95 | - | 943.42 | 21.89 |
| 10/1/2013 | $1,650.95 | | Monthly Bill | 9/1/2013 | 3,301.90 | | | | | | 194,920.95 | - | 943.42 | 21.89 |
| 10/30/2013 | | 1,650.95 | Payment | 10/1/2013 | 1,650.95 | 304.42 | 812.17 | 534.36 | | (20.95) | 194,616.53 | - | 1,477.78 | 0.94 |
| 11/1/2013 | $1,650.95 | | Monthly Bill | 10/1/2013 | 3,301.90 | | | | | | 194,616.53 | - | 1,477.78 | 0.94 |
| 12/1/2013 | $1,650.95 | | Monthly Bill | 10/1/2013 | 4,952.85 | | | | | | 194,616.53 | - | 1,477.78 | 0.94 |

| Date | Contractual Pymnt amount | Funds received | Description | Contractual due date | Prin, int & esc past due balance | Amount to Principal | Amount to Interest | Amount to Escrow | Amount to Fees | Amount to Unapplied Funds | Principal balance | Fee Balance | Escrow balance | Unapplied Funds Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/2/2013 | | | UAF Deposit | 10/1/2013 | 4,952.85 | | | | | 1,630.00 | 194,616.53 | - | 1,477.78 | 1,630.94 |
| 12/26/2013 | | 1,650.95 | Payment | 11/1/2013 | 3,301.90 | 305.69 | 810.90 | 534.36 | | (20.95) | 194,310.84 | - | 2,012.14 | 1,609.99 |
| 1/1/2014 | $1,650.95 | | Monthly Bill | 11/1/2013 | 4,952.85 | | | | | | 194,310.84 | - | 2,012.14 | 1,609.99 |
| 1/21/2014 | | | Fund Distribution | 11/1/2013 | 4,952.85 | | | (40.96) | | (1,609.99) | 194,310.84 | - | 1,971.18 | - |
| 1/21/2014 | | 1,650.95 | Payment | 12/1/2013 | 3,301.90 | 306.96 | 809.63 | 534.36 | | | 194,003.88 | - | 2,505.54 | - |
| 1/21/2014 | | | Fund Distribution | 12/1/2013 | 3,301.90 | | | (20.95) | | | 194,003.88 | - | 2,484.59 | - |
| 1/21/2014 | | 1,650.95 | Payment | 1/1/2014 | 1,650.95 | 308.24 | 808.35 | 534.36 | | | 193,695.64 | - | 3,018.95 | - |
| 2/1/2014 | $1,650.95 | | Monthly Bill | 1/1/2014 | 3,301.90 | | | | | | 193,695.64 | - | 3,018.95 | - |
| 2/27/2014 | | | UAF Deposit | 1/1/2014 | 3,301.90 | | | | | 1,630.00 | 193,695.64 | - | 3,018.95 | 1,630.00 |
| 3/1/2014 | $1,650.95 | | Monthly Bill | 1/1/2014 | 4,952.85 | | | | | | 193,695.64 | - | 3,018.95 | 1,630.00 |
| 3/10/2014 | | 1,650.95 | Payment | 2/1/2014 | 3,301.90 | 309.52 | 807.07 | 534.36 | | (1,630.00) | 193,386.12 | - | 3,553.31 | - |
| 3/11/2014 | | 1,650.95 | Payment | 3/1/2014 | 1,650.95 | 310.81 | 805.78 | 534.36 | | | 193,075.31 | - | 4,087.67 | - |
| 4/1/2014 | $1,650.95 | | Monthly Bill | 3/1/2014 | 3,301.90 | | | | | | 193,075.31 | - | 4,087.67 | - |
| 4/10/2014 | | 1,650.95 | Payment | 4/1/2014 | 1,650.95 | 312.11 | 804.48 | 534.36 | | 0.05 | 192,763.20 | - | 4,622.03 | 0.05 |
| 4/21/2014 | | 1,650.95 | Payment | 5/1/2014 | - | 313.41 | 803.18 | 534.36 | | 0.05 | 192,449.79 | - | 5,156.39 | 0.10 |
| 5/1/2014 | $1,650.95 | | Monthly Bill | 5/1/2014 | 1,650.95 | | | | | | 192,449.79 | - | 5,156.39 | 0.10 |
| 5/9/2014 | | | Esc Disb | 5/1/2014 | 1,650.95 | | | (3,191.57) | | | 192,449.79 | - | 1,964.82 | 0.10 |
| 6/1/2014 | $1,650.95 | | Monthly Bill | 5/1/2014 | 3,301.90 | | | | | | 192,449.79 | - | 1,964.82 | 0.10 |
| 6/12/2014 | | 1,650.95 | Payment | 6/1/2014 | 1,650.95 | 314.72 | 801.87 | 534.36 | | 0.05 | 192,135.07 | - | 2,499.18 | 0.15 |
| 7/1/2014 | $1,650.95 | | Monthly Bill | 6/1/2014 | 3,301.90 | | | | | | 192,135.07 | - | 2,499.18 | 0.15 |
| 7/10/2014 | | 1,650.95 | Payment | 7/1/2014 | 1,650.95 | 316.03 | 800.56 | 534.36 | | 0.05 | 191,819.04 | - | 3,033.54 | 0.20 |
| 8/1/2014 | $1,650.95 | | Monthly Bill | 7/1/2014 | 3,301.90 | | | | | | 191,819.04 | - | 3,033.54 | 0.20 |
| 8/7/2014 | | | Principal Reduction | 7/1/2014 | 3,301.90 | 0.20 | | | | (0.20) | 191,818.84 | - | 3,033.54 | - |
| 8/7/2014 | | 1,650.95 | Payment | 8/1/2014 | 1,650.95 | 317.34 | 799.25 | 534.36 | | | 191,501.50 | - | 3,567.90 | - |
| 8/8/2014 | | | Principal Reduction | 8/1/2014 | 1,650.95 | 0.05 | | | | | 191,501.45 | - | 3,567.90 | - |
| 8/12/2014 | | | Esc Disb | 8/1/2014 | 1,650.95 | | | (3,191.57) | | | 191,501.45 | - | 376.33 | - |
| 9/1/2014 | $1,650.95 | | Monthly Bill | 8/1/2014 | 3,301.90 | | | | | | 191,501.45 | - | 376.33 | - |
| 9/4/2014 | | 1,650.95 | Payment | 9/1/2014 | 1,650.95 | 318.67 | 797.92 | 534.36 | | 0.05 | 191,182.78 | - | 910.69 | 0.05 |
| 10/1/2014 | $1,650.95 | | Monthly Bill | 9/1/2014 | 3,301.90 | | | | | | 191,182.78 | - | 910.69 | 0.05 |
| 10/7/2014 | | 1,650.95 | Payment | 10/1/2014 | 1,650.95 | 320.00 | 796.59 | 534.36 | | 0.05 | 190,862.78 | - | 1,445.05 | 0.10 |
| 11/1/2014 | $1,650.95 | | Monthly Bill | 10/1/2014 | 3,301.90 | | | | | | 190,862.78 | - | 1,445.05 | 0.10 |
| 11/4/2014 | | 1,650.95 | Payment | 11/1/2014 | 1,650.95 | 321.33 | 795.26 | 534.36 | | | 190,541.45 | - | 1,979.41 | 0.10 |
| 11/4/2014 | | | Principal Reduction | 11/1/2014 | 1,650.95 | 0.05 | | | | | 190,541.40 | - | 1,979.41 | 0.10 |
| 12/1/2014 | $1,650.95 | | Monthly Bill | 11/1/2014 | 3,301.90 | | | | | | 190,541.40 | - | 1,979.41 | 0.10 |
| 12/9/2014 | | 1,650.95 | Payment | 12/1/2014 | 1,650.95 | 322.67 | 793.92 | 534.36 | | | 190,218.73 | - | 2,513.77 | 0.10 |
| 12/9/2014 | | | Principal Reduction | 12/1/2014 | 1,650.95 | 0.05 | | | | | 190,218.68 | - | 2,513.77 | 0.10 |
| 1/1/2015 | $1,660.46 | | Monthly Bill | 12/1/2014 | 3,311.41 | | | | | | 190,218.68 | - | 2,513.77 | 0.10 |
| 1/13/2015 | | 1,650.95 | Payment | 1/1/2015 | 1,660.46 | 324.01 | 792.58 | 534.36 | | | 189,894.67 | - | 3,048.13 | 0.10 |
| 1/13/2015 | | | Principal Reduction | 1/1/2015 | 1,660.46 | 10.05 | | | | | 189,884.62 | - | 3,048.13 | 0.10 |
| 2/1/2015 | $1,660.46 | | Monthly Bill | 1/1/2015 | 3,320.92 | | | | | | 189,884.62 | - | 3,048.13 | 0.10 |
| 2/18/2015 | | 1,660.46 | Payment | 2/1/2015 | 1,660.46 | 325.40 | 791.19 | 543.87 | | | 189,559.22 | - | 3,592.00 | 0.10 |
| 2/18/2015 | | | Principal Reduction | 2/1/2015 | 1,660.46 | 0.54 | | | | | 189,558.68 | - | 3,592.00 | 0.10 |
| 3/1/2015 | $1,660.46 | | Monthly Bill | 2/1/2015 | 3,320.92 | | | | | | 189,558.68 | - | 3,592.00 | 0.10 |
| 3/17/2015 | | 1,660.46 | Payment | 3/1/2015 | 1,660.46 | 326.76 | 789.83 | 543.87 | | | 189,231.92 | - | 4,135.87 | 0.10 |
| 3/17/2015 | | | Principal Reduction | 3/1/2015 | 1,660.46 | 0.54 | | | | | 189,231.38 | - | 4,135.87 | 0.10 |
| 4/1/2015 | $1,660.46 | | Monthly Bill | 3/1/2015 | 3,320.92 | | | | | | 189,231.38 | - | 4,135.87 | 0.10 |
| 4/21/2015 | | 1,660.46 | Payment | 4/1/2015 | 1,660.46 | 328.13 | 788.46 | 543.87 | | | 188,903.25 | - | 4,679.74 | 0.10 |
| 4/21/2015 | | | Principal Reduction | 4/1/2015 | 1,660.46 | 0.54 | | | | | 188,902.71 | - | 4,679.74 | 0.10 |

| Date | Contractual Pymnt amount | Funds received | Description | Contractual due date | Prin, int & esc past due balance | Amount to Pincipal | Amount to Interest | Amount to Escrow | Amount to Fees | Amount to Unapplied Funds | Principal balance | Fee Balance | Escrow balance | Unapplied Funds Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/1/2015 | $1,660.46 | | Monthly Bill | 4/1/2015 | 3,320.92 | | | | | | 188,902.71 | - | 4,679.74 | 0.10 |
| 5/14/2015 | | | Esc Disb | 4/1/2015 | 3,320.92 | | | (3,172.98) | | | 188,902.71 | - | 1,506.76 | 0.10 |
| 5/19/2015 | | 1,660.46 | Payment | 5/1/2015 | 1,660.46 | 329.50 | 787.09 | 543.87 | | | 188,573.21 | - | 2,050.63 | 0.10 |
| 5/19/2015 | | | Principal Reduction | 5/1/2015 | 1,660.46 | 0.54 | | | | | 188,572.67 | - | 2,050.63 | 0.10 |
| 6/1/2015 | $1,660.46 | | Monthly Bill | 5/1/2015 | 3,320.92 | | | | | | 188,572.67 | - | 2,050.63 | 0.10 |
| 6/23/2015 | | 1,660.46 | Payment | 6/1/2015 | 1,660.46 | 330.87 | 785.72 | 543.87 | | | 188,241.80 | - | 2,594.50 | 0.10 |
| 6/23/2015 | | | Principal Reduction | 6/1/2015 | 1,660.46 | 0.54 | | | | | 188,241.26 | - | 2,594.50 | 0.10 |
| 7/1/2015 | $1,660.46 | | Monthly Bill | 6/1/2015 | 3,320.92 | | | | | | 188,241.26 | - | 2,594.50 | 0.10 |
| 7/21/2015 | | 1,660.46 | Payment | 7/1/2015 | 1,660.46 | 332.25 | 784.34 | 543.87 | | 0.54 | 187,909.01 | - | 3,138.37 | 0.64 |
| 8/1/2015 | $1,660.46 | | Monthly Bill | 7/1/2015 | 3,320.92 | | | | | | 187,909.01 | - | 3,138.37 | 0.64 |
| 8/4/2015 | | | Esc Disb | 7/1/2015 | 3,320.92 | | | (3,172.98) | | | 187,909.01 | - | (34.61) | 0.64 |
| 8/19/2015 | | 1,660.46 | Payment | 8/1/2015 | 1,660.46 | 333.64 | 782.95 | 543.87 | | 0.54 | 187,575.37 | - | 509.26 | 1.18 |
| 9/1/2015 | $1,660.46 | | Monthly Bill | 8/1/2015 | 3,320.92 | | | | | | 187,575.37 | - | 509.26 | 1.18 |
| 9/24/2015 | | 1,660.46 | Payment | 9/1/2015 | 1,660.46 | 335.03 | 781.56 | 543.87 | | 0.54 | 187,240.34 | - | 1,053.13 | 1.72 |
| 10/1/2015 | $1,660.46 | | Monthly Bill | 9/1/2015 | 3,320.92 | | | | | | 187,240.34 | - | 1,053.13 | 1.72 |
| 10/23/2015 | | 1,660.46 | Payment | 10/1/2015 | 1,660.46 | 336.42 | 780.17 | 543.87 | | 0.54 | 186,903.92 | - | 1,597.00 | 2.26 |
| 11/1/2015 | $1,660.46 | | Monthly Bill | 10/1/2015 | 3,320.92 | | | | | | 186,903.92 | - | 1,597.00 | 2.26 |
| 12/1/2015 | $1,660.46 | | Monthly Bill | 10/1/2015 | 4,981.38 | | | | | | 186,903.92 | - | 1,597.00 | 2.26 |
| 12/4/2015 | | | UAF Deposit | 10/1/2015 | 4,981.38 | | | | | 661.00 | 186,903.92 | - | 1,597.00 | 663.26 |
| 12/4/2015 | | | UAF Deposit | 10/1/2015 | 4,981.38 | | | | | 1,000.00 | 186,903.92 | - | 1,597.00 | 1,663.26 |
| 12/4/2015 | | 1,660.46 | Payment | 11/1/2015 | 3,320.92 | 337.82 | 778.77 | 543.87 | | (1,660.46) | 186,566.10 | - | 2,140.87 | 2.80 |
| 1/1/2016 | $1,645.42 | | Monthly Bill | 11/1/2015 | 4,966.34 | | | | | | 186,566.10 | - | 2,140.87 | 2.80 |
| 1/4/2016 | | 1,660.46 | Payment | 12/1/2015 | 3,305.88 | 339.23 | 777.36 | 543.87 | | 0.54 | 186,226.87 | - | 2,684.74 | 3.34 |
| 1/27/2016 | | 1,660.46 | Payment | 1/1/2016 | 1,645.42 | 340.64 | 775.95 | 543.87 | | 0.54 | 185,886.23 | - | 3,228.61 | 3.88 |
| 2/1/2016 | $1,645.42 | | Monthly Bill | 1/1/2016 | 3,290.84 | | | | | | 185,886.23 | - | 3,228.61 | 3.88 |
| 2/22/2016 | | 1,645.42 | Payment | 2/1/2016 | 1,645.42 | 342.06 | 774.53 | 528.83 | | 15.58 | 185,544.17 | - | 3,757.44 | 19.46 |
| 3/1/2016 | $1,645.42 | | Monthly Bill | 2/1/2016 | 3,290.84 | | | | | | 185,544.17 | - | 3,757.44 | 19.46 |
| 3/21/2016 | | 1,645.42 | Payment | 3/1/2016 | 1,645.42 | 343.49 | 773.10 | 528.83 | | 15.58 | 185,200.68 | - | 4,286.27 | 35.04 |
| 4/1/2016 | $1,645.42 | | Monthly Bill | 3/1/2016 | 3,290.84 | | | | | | 185,200.68 | - | 4,286.27 | 35.04 |
| 4/26/2016 | | 1,645.42 | Payment | 4/1/2016 | 1,645.42 | 344.92 | 771.67 | 528.83 | | 15.58 | 184,855.76 | - | 4,815.10 | 50.62 |
| 5/1/2016 | 1,645.42 | | Monthly Bill | 4/1/2016 | 3,290.84 | | | | | | 184,855.76 | - | 4,815.10 | 50.62 |
| 5/12/2016 | | | Esc Disb | 4/1/2016 | 3,290.84 | | | (3,245.59) | | | 184,855.76 | - | 1,569.51 | 50.62 |
| 5/18/2016 | | 1,645.42 | Payment | 5/1/2016 | 1,645.42 | 346.36 | 770.23 | 528.83 | | 15.58 | 184,509.40 | - | 2,098.34 | 66.20 |
| 6/1/2016 | 1,645.42 | | Monthly Bill | 5/1/2016 | 3,290.84 | | | | | | 184,509.40 | - | 2,098.34 | 66.20 |
| 6/28/2016 | | 1,645.42 | Payment | 6/1/2016 | 1,645.42 | 347.80 | 768.79 | 528.83 | | 15.58 | 184,161.60 | - | 2,627.17 | 81.78 |
| 7/1/2016 | 1,645.42 | | Monthly Bill | 6/1/2016 | 3,290.84 | | | | | | 184,161.60 | - | 2,627.17 | 81.78 |
| 7/20/2016 | | 1,645.42 | Payment | 7/1/2016 | 1,645.42 | 349.25 | 767.34 | 528.83 | | 15.58 | 183,812.35 | - | 3,156.00 | 97.36 |
| 8/1/2016 | 1,645.42 | | Monthly Bill | 7/1/2016 | 3,290.84 | | | | | | 183,812.35 | - | 3,156.00 | 97.36 |
| 8/8/2016 | | | Esc Disb | 7/1/2016 | 3,290.84 | | | (3,245.59) | | | 183,812.35 | - | (89.59) | 97.36 |
| 8/16/2016 | | 1,645.42 | Payment | 8/1/2016 | 1,645.42 | 350.71 | 765.88 | 528.83 | | 15.58 | 183,461.64 | - | 439.24 | 112.94 |
| 9/1/2016 | 1,645.42 | | Monthly Bill | 8/1/2016 | 3,290.84 | | | | | | 183,461.64 | - | 439.24 | 112.94 |
| 9/14/2016 | | 1,645.42 | Payment | 9/1/2016 | 1,645.42 | 352.17 | 764..42 | 528.83 | | 15.58 | 183,109.47 | - | 968.07 | 128.52 |
| 10/1/2016 | 1,645.42 | | Monthly Bill | 9/1/2016 | 3,290.84 | | | | | | 183,109.47 | - | 968.07 | 128.52 |
| 10/12/2016 | | 1,645.42 | Payment | 10/1/2016 | 1,645.42 | 353.63 | 762.96 | 528.83 | | 15.58 | 182,755.84 | - | 1,496.90 | 144.10 |
| 11/1/2016 | 1,645.42 | | Monthly Bill | 10/1/2016 | 3,290.84 | | | | | | 182,755.84 | - | 1,496.90 | 144.10 |
| 11/17/2016 | | 1,645.42 | Payment | 11/1/2016 | 1,645.42 | 355.11 | 761.48 | 528.83 | | 15.58 | 182,400.73 | - | 2,025.73 | 159.68 |
| 12/1/2016 | 1,645.42 | | Monthly Bill | 11/1/2016 | 3,290.84 | | | | | | 182,400.73 | - | 2,025.73 | 159.68 |
| 12/13/2016 | | 1,645.42 | Payment | 12/1/2016 | 1,645.42 | 356.59 | 760.00 | 528.83 | | 15.58 | 182,044.14 | - | 2,554.56 | 175.26 |

| Date | Contractual Pymnt amount | Funds received | Description | Contractual due date | Prin, int & esc past due balance | Amount to Pincipal | Amount to Interest | Amount to Escrow | Amount to Fees | Amount to Unapplied Funds | Principal balance | Fee Balance | Escrow balance | Unapplied Funds Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/1/2017 | 1,671.03 | | Monthly Bill | 12/1/2016 | 3,316.45 | | | | | | 182,044.14 | - | 2,554.56 | 175.26 |
| 1/26/2017 | | 1,645.42 | Payment | 1/1/2017 | 1,671.03 | 358.07 | 758.52 | 528.83 | | 25.58 | 181,686.07 | - | 3,083.39 | 200.84 |
| 2/1/2017 | 1,671.03 | | Monthly Bill | 1/1/2017 | 3,342.06 | | | | | | 181,686.07 | - | 3,083.39 | 200.84 |
| 2/28/2017 | | 1,671.03 | Payment | 2/1/2017 | 1,671.03 | 359.56 | 757.03 | 554.44 | | 0.97 | 181,326.51 | - | 3,637.83 | 201.81 |
| 3/1/2017 | 1,671.03 | | Monthly Bill | 2/1/2017 | 3,342.06 | | | | | | 181,326.51 | - | 3,637.83 | 201.81 |
| 3/27/2017 | | | UAF Deposit | 2/1/2017 | 3,342.06 | | | | | 1,672.00 | 181,326.51 | - | 3,637.83 | 1,873.81 |
| 3/28/2017 | | 1,671.03 | Payment | 3/1/2017 | 1,671.03 | 361.06 | 755.53 | 554.44 | | (1,671.03) | 180,965.45 | - | 4,192.27 | 202.78 |
| 4/1/2017 | 1,671.03 | | Monthly Bill | 3/1/2017 | 3,342.06 | | | | | | 180,965.45 | - | 4,192.27 | 202.78 |
| 4/21/2017 | | | UAF Deposit | 3/1/2017 | 3,342.06 | | | | | 1,675.00 | 180,965.45 | - | 4,192.27 | 1,877.78 |
| 4/24/2017 | | 1,671.03 | Payment | 4/1/2017 | 1,671.03 | 362.57 | 754.02 | 554.44 | | (1,671.03) | 180,602.88 | - | 4,746.71 | 206.75 |
| 4/24/2017 | | | Principal Reduction | 4/1/2017 | 1,671.03 | 190.09 | | | | (190.09) | 180,412.79 | - | 4,746.71 | 16.66 |
| 5/1/2017 | 1,671.03 | | Monthly Bill | 4/1/2017 | 3,342.06 | | | | | | 180,412.79 | - | 4,746.71 | 16.66 |
| 5/10/2017 | | | Esc Disb | 4/1/2017 | 3,342.06 | | | (3,323.02) | | | 180,412.79 | - | 1,423.69 | 16.66 |
| 5/26/2017 | | | UAF Deposit | 4/1/2017 | 3,342.06 | | | | | 1,000.00 | 180,412.79 | - | 1,423.69 | 1,016.66 |
| 5/30/2017 | | | UAF Deposit | 4/1/2017 | 3,342.06 | | | | | 675.00 | 180,412.79 | - | 1,423.69 | 1,691.66 |
| 6/1/2017 | 1,671.03 | | Monthly Bill | 4/1/2017 | 5,013.09 | | | | | | 180,412.79 | - | 1,423.69 | 1,691.66 |
| 6/1/2017 | | 1,671.03 | Payment | 5/1/2017 | 3,342.06 | 364.87 | 751.72 | 554.44 | | (1,671.03) | 180,047.92 | - | 1,978.13 | 20.63 |
| 6/28/2017 | | | UAF Deposit | 5/1/2017 | 3,342.06 | | | | | 1,675.00 | 180,047.92 | - | 1,978.13 | 1,695.63 |
| 6/29/2017 | | 1,671.03 | Payment | 6/1/2017 | 1,671.03 | 366.39 | 750.20 | 554.44 | | (1,671.03) | 179,681.53 | - | 2,532.57 | 24.60 |
| 7/1/2017 | 1,671.03 | | Monthly Bill | 6/1/2017 | 3,342.06 | | | | | | 179,681.53 | - | 2,532.57 | 24.60 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

IN RE:    RESPONSE TO NOTICE OF FINAL CURE

CASE NO. 12-21305

Debtor: ANTHONY L KRZEMINSKI & CARMELA KRZEMINSKI

CHAPTER: 13

### CERTIFICATE OF SERVICE

I do hereby certify that I have this July 6, 2017, served a copy of the Response to Notice of Final Cure Payment upon all parties listed by placing the same into the United States mail with adequate pre-paid postage thereon;

ANTHONY L KRZEMINSKI
CARMELA KRZEMINSKI
481 BLACKHAWK DR
CAROL STREAM, IL 60188

PATRICK SEMRAD
20 S CLARK ST 28TH FLOOR
CHICAGO, IL 60603

GLENN B STEARNS
801 WARRENVILLE ROAD
SUITE 650
LISLE, IL 60532

BMO Harris Bank, N.A.
By: _Michelle X. McConnell_
Bankruptcy Specialist

PO BOX 2035
MILWAUKEE, WI 53201
(866)280-8434 Option #2